UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

TUREN STONE CORP.,

                              *Plaintiff,*

        -vs-                                                    Civil Action No:

                                                                1:25-cv-07263-PAE
LFI INCORPORATED,


                              *Defendant.*

_____

### ORDER

Upon the parties' Stipulation to transfer this action to the United States District Court for the District of New Jersey and withdraw all pending motions without prejudice, and for good cause shown, it is hereby:

**ORDERED** that the Stipulation is approved and granted; and it is further

**ORDERED** that, pursuant to 28 U.S.C. §§ 1404 and 1406, this action is transferred to the United States District Court for the District of New Jersey; and it is further

**ORDERED** that Defendant's principal place of business and domicile are located in New Jersey, and transfer is appropriate for the convenience of the parties and witnesses, and in the interests of justice and efficiency; and it is further

**ORDERED** that all pending motions are terminated without prejudice or waiver of any rights, defenses, or arguments that either party may assert in the transferee court; and it is further

**ORDERED** that the Clerk of Court is respectfully directed to effectuate the transfer to the United States District Court for the District of New Jersey, terminate any open motions, and close the matter in this Court.

50466049.1

**SO ORDERED.**

**Dated:** New York, New York

April 17, 2026

_____

**HON. PAUL A. ENGELMAYER**

**United States District Judge**